IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02227-LTB-BNB

JACOB ROBERT SCHNEIDER

Plaintiff,

v.

CATERPILLAR, INC., a Delaware corporation

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Designate Non-Party at Fault** [docket no. 20, filed June 12, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendant is allowed to file designation of non-party, identifying Wagner Equipment Company.

DATED:  June 14, 2007