**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-02227-LTB-BNB

JACOB ROBERT SCHNEIDER,

      Plaintiff,

v.

CATERPILLAR, INC., a Delaware corporation,

      Defendant.

_____

**ORDER**
_____

      Upon Defendant's Response to Plaintiff's Motion to Strike (Doc 50), it is

      ORDERED that Plaintiff's Motion to Strike Portions of Reply Brief (Doc 48) is DENIED.  It is

      FURTHER ORDERED that Plaintiff has up to and including November 20, 2007 to file a surreply to §§ II & III of Defendant's response.

                                                           BY THE COURT:

                                                            s/Lewis T. Babcock
                                                          Lewis T. Babcock, Judge

DATED:   October 31, 2007