IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: February 28, 2008 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No. 06-cv-02227-LTB-BNB | Counsel: |
| JACOB ROBERT SCHNEIDER, | Matthew Giacomini |
| | Michael Zwiebel |
| Plaintiff, | Nick Schaefer |
| v. | |
| CATERPILLAR INC., a Delaware Corporation, | Jeffrey Detlefs |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING -MOTION

**1:32 p.m.**     **Court in session.**

Also present: Plaintiff Jacob Schneider.

Argument.

**ORDERED:** Defendant's Motion for Summary Judgment **(23)** is **taken under advisement.**

**2:22 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 00:50

1