**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02227-LTB-BNB

JACOB ROBERT SCHNEIDER,

       Plaintiff,

v.

THE CATERPILLAR, INC., a Delaware corporation,

       Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiff's Motion to Reopen Case (Doc 79 - filed February 17, 2009) is **GRANTED**.

       Please be advised that a status/scheduling hearing regarding this matter is set **Friday, March 27, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: March 4, 2009