IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02227-LTB-BNB

JACOB ROBERT SCHNEIDER

Plaintiff,

v.

CATERPILLAR, INC., a Delaware corporation

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify March 27, 2009 Minute Order** [docket no. 84, filed March 10, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and ONLY Kathleen M. Horchler may be available by telephone for the Settlement Conference set for June 17, 2009, at 1:30 p.m.


DATED:  April 14, 2009