# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02227-LTB

JACOB ROBERT SCHNEIDER,

      Plaintiff,

v.

CATERPILLAR INC., a Delaware corporation,

      Defendant.
_____

# ORDER GRANTING STIPULATION OF DISMISSAL
_____

After considering the parties' stipulation of dismissal, the Court hereby:

GRANTS the stipulation and dismisses this suit with prejudice.  It is, further:

ORDERED that costs associated with this suit shall be paid by the party incurring them.

Dated: November   20  , 2009 in Denver, Colorado.


                                              BY THE COURT:


                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE